CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 24 2007

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CHARLES D. WEDDLE, | ) | Civil Action No. 7:06cv00686 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | By: James C. Turk |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

The plaintiff was denied disability benefits by the Commissioner of Social Security. He appealed the decision to this Court and the matter was referred to the United States Magistrate Judge Michael F. Urbanski for a report and recommendation. On August 31, 2007, the magistrate issued an opinion recommending that this Court affirm the decision of the ALJ and find that substantial evidence supports the Commissioner's decision that Weddle retains the residual functional capacity to do a significant range of work at the sedentary level and a limited range of work at the light exertional level. More than ten days have passed and no objections have been filed. After reviewing the record, this Court finds Magistrate Urbanski's reasoning to be sound. Accordingly, it hereby is

### ORDERED

that Magistrate Urbanski's recommendation is **ADOPTED** in full. The defendant's motion for summary judgment is **GRANTED**, the plaintiff's motion for summary judgment is **DENIED**, and the Commissioner's decision denying plaintiff's claim is **AFFIRMED.**

The Clerk is directed to send certified copies of this Order to all counsel of record.

ENTER: This 24th day of October, 2007

/s/ James C. Turk
Senior United States District Judge